UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES SENECAL and ) | |
| CHRISTINA SENECAL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-11578-FDS |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| Defendant, ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 9, 2015

                                        RESPECTFULLY SUBMITTED:

                                        /s/ Kevin V. K. Crick
                                        Kevin V. K. Crick, Esq.
                                        Rights Protection Law Group, PLLC
                                        8 Faneuil Hall Marketplace, Third Floor
                                        Boston, MA 02109
                                        Phone: (978) 420-4068
                                        Fax: (857) 488-4062
                                        Email: k.crick@rightsprotect.com
                                        Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on June 9, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.