# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JAMES SENECAL and CHRISTINA SENECAL** )<br>　　Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>**PORTFOLIO RECOVERY ASSOCIATES, LLC** )<br>　　Defendant, )<br>) | Civil Action No.<br>1:15-cv-11578-FDS |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs hereby voluntarily dismiss this action with prejudice and each party to bear their own costs and attorney fees.

Dated:  June 24, 2015

　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　　　　　　　　　　/s/ Kevin Crick
　　　　　　　　　　　　　　　　　　　　　Kevin V. K. Crick, Esq.
　　　　　　　　　　　　　　　　　　　　　Rights Protection Law Group, PLLC
　　　　　　　　　　　　　　　　　　　　　8 Faneuil Hall Marketplace, Third Floor
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts, 02109
　　　　　　　　　　　　　　　　　　　　　Phone: (978) 420-4068
　　　　　　　　　　　　　　　　　　　　　Fax: (857) 488-4062
　　　　　　　　　　　　　　　　　　　　　Email: k.crick@rightsprotect.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE**

    I hereby certify that on June 24, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

    /s/ Kevin Crick